B 8 (Official Form 8) (12/08)

**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Tennessee**

In re  **Ronnie Wayne Long    Thelma Leona Long**  ,    Case No. _____
                                Debtors                                             Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

---

Property No. 1

| **Creditor's Name:** 21st Mortgage | **Describe Property Securing Debt:** 1999 Norris doublewide mobile home |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other.   Explain **Retain and pay** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☒ Not claimed as exempt

---

Property No. 2

| **Creditor's Name:** Regions Bank | **Describe Property Securing Debt:** 2006 Honda Odyssey |
|---|---|

Property will be *(check one)*:
- ☐ Surrendered
- ☒ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☒ Other.   Explain **Retain and pay** (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt
- ☒ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | | |
|---|---|---|---|
| **Lessor's Name:**<br>Della Collier | **Describe Leased Property:**<br>Lease of commercial building at 1073 River Road, Kingston, TN - Owe back rent of $4200 | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES    ☑ NO | |

___0___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: **3/26/2010**

**/s/ Ronnie Wayne Long**
**Ronnie Wayne Long**
Signature of Debtor

**/s/ Thelma Leona Long**
**Thelma Leona Long**
Signature of Joint Debtor (if any)